MARK D. LONERGAN (State Bar No. 143622)
REBECCA S. SAELAO (State Bar No. 222731)
LASZLO LADI (State Bar No. 265564)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SUZANNA BENNES,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.,<br><br>    Defendant. | Case No. 2:18-cv-00570-MCE-EFB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WELLS FARGO BANK, N.A. TO RESPOND TO COMPLAINT**<br><br>Complaint Served:    March 15, 2018<br>Orig. Response Deadline:    April 10, 2018<br>New Response Deadline:    May 8, 2018<br>Prop. Response Deadline:    June 5, 2018 |

Pursuant to United States District Court, Eastern District of California, Civil Local Rule 144(a), which requires Court approval for any extension to respond to the initial complaint beyond 28 days, plaintiff Roberto Suzanna Bennes ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo"), hereby jointly move for an extension for Wells Fargo to file its responsive pleading based on the following facts:

    1.    Plaintiff served the complaint on March 15, 2018;

    2.    Wells Fargo's deadline to respond to the complaint was April 10, 2018;

    3.    Plaintiff and Wells Fargo entered into a stipulation to postpone the response deadline to May 8, 2018;

    4.    Plaintiff and Wells Fargo are engaged in settlement discussions and believe that they can resolve their dispute if an additional 28-day extension is granted by the Court;

    5.    Plaintiff and Wells Fargo therefore move jointly to extend for the second time Wells

Fargo's deadline to respond to the Complaint to June 5, 2018.

DATED: May 8, 2018    SAGARIA LAW, P.C.

By: ___/s/ Elliot W. Gale___
Elliot W. Gale

Attorneys for Plaintiff SUZANNA BENNES

DATED: May 8, 2018    Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By: ___/s/ Laszlo Ladi___
Laszlo Ladi

Attorneys for Defendant WELLS FARGO BANK, N.A.

## **ORDER**

Pursuant to the joint motion of plaintiff Suzanna Bennes and defendant Wells Fargo Bank, N.A., and good cause appearing, the deadline for Wells Fargo to respond to Plaintiff's complaint is hereby extended to June 5, 2018. No other deadlines shall be affected by this Order.

IT IS SO ORDERED.

Dated: May 15, 2018

_[signature]_
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE