1  Scott Sagaria (State Bar No.217981)
   sjsagaria@sagarialaw.com
2  Elliot Gale (State Bar No. 263326)
   egale@sagarialaw.com
3  Joe Angelo (State Bar No. 268542)
   jangelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste. 200
5  Roseville, California 95661
   Telephone: (408) 279-2288
6  Facsimile: (408) 279-2299

7  Attorneys for Plaintiff
   Suzanna Bennes

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| SUZANNA BENNES,<br><br>       Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, N.A.; et. al.,<br><br>       Defendants. | Federal Case No.: 2:18-cv-00570-MCE-EFB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Suzanna Bennes, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wells Fargo Bank, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

   (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendant Wels Fargo Bank, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: June 4, 2018                                        Sagaria Law, P.C.

                                                By:   */s/ Elliot W. Gale*
                                                            Elliot W. Gale
                                                Attorneys for Plaintiff
                                                Suzanna Bennes

2
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT